David A. Bahr (Oregon Bar No. 90199)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com


Sharon Yamen (New York Bar No. 4256533)
Law Office of Sharon Yamen
233 West 18th Street, Ground Floor
New York, NY, 10011
(516) 343-9102
Sharon@syamenlaw.com

*Plaintiffs' Counsel*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANJIVA, INC., a New York corporation, TRADE DATA SERVICES, INC., doing business as, ImportGenius, an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, UNITED STATES DEPARTMENT OF TREASURY,<br><br>Defendants. | Case No. 1:17-cv-8269-JPO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(1)(A)(ii), Plaintiffs Panjiva, Inc. and Trade Data Services, Inc. (doing business as ImportGenius) and Defendants United States Customs and Border Protection, and United States Department of Treasury, hereby file this stipulation of dismissal with prejudice. Each party shall bear its own fees and

/ / /

/ / /

STIPULATION OF DISMISSAL
WITH PREJUDICE

1

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439

costs of this action.

Respectfully submitted for the Court's consideration, this 5th day of November, 2018.

_____
David Bahr (Oregon Bar No. 901990)
Bahr Law Offices, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439
davebahr@mindspring.com

*Plaintiffs' Counsel*

GEOFFREY S. BERMAN
United States Attorney

By: _____
STEPHEN CHA-KIM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
(212) 637-2768
stephen.cha-kim@usdoj.gov

*Defendants' Counsel*

STIPULATION OF DISMISSAL
WITH PREJUDICE

2

BAHR LAW OFFICES, P.C.
1035 ½ Monroe Street
Eugene, OR 97402
(541) 556-6439